Opinion filed November 18,
2010

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-10-00296-CR

                                                    __________

 

                                CHARLES
RAY BAKER, Appellant

 

                                                             V.

 

                                      STATE
OF TEXAS, Appellee



 

                                   On
Appeal from the 249th District Court

                                                          Johnson
County, Texas

                                                    Trial
Court Cause No. F43766 

 



 

                                            M
E M O R A N D U M    O P I N I O N

            Charles
Ray Baker has filed in this court a pro se motion to dismiss his appeal.  In
his motion, appellant states that there has been some confusion as to this
case.  Appellant wants to pursue a postconviction writ of habeas corpus and
apparently did not intend for his pro se request to trigger a State appeal.  We
also note that the trial court stated in its certification of appellant’s right
to appeal that appellant had waived his right to appeal and that this was a
plea bargain agreement situation with no right to appeal.

            The
motion is granted, and the appeal is dismissed.

 

November 18,
2010                                                                PER CURIAM

Do not publish. 
See Tex. R. App. P. 47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.